IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ROBERT CONNELL | : | NO. 10-3873 |

## ORDER

AND NOW, this 2nd day of September, 2010, it is

ORDERED that counsel submit a written status report to the Court by **Friday, September 17, 2010.** Counsel should include in the status report whether a hearing on the preliminary injunction issue is necessary at this time.

Copies sent by email on 9/2/10 to:
  Christopher S. Koller, Esq.
  Michael J. Brittan, Esq.

ATTEST:                                or     BY THE COURT

BY: _Donna M. Bozzelli_                       _Louis H. Pollak_
    Deputy Clerk                               Judge

Civ 12 (9/83)