IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, | : : : : : : : : : : | CIVIL ACTION |
| Plaintiff, | | |
| v. | | NO. 10-3873 |
| ROBERT CONNELL, | | |
| Defendant. | | |

## NOTICE OF VOLUNTARY DISMISSAL

Now comes Plaintiff, Merrill Lynch, Pierce, Fenner & Smith Incorporated, by and through its undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), does hereby give notice of the voluntary dismissal, <u>without</u> prejudice, of the above-referenced civil action.

Respectfully submitted,

By:   s/ Christopher S. Koller, Esq.
RUBIN, FORTUNATO & HARBISON, P.C.
10 South Leopard Road
Paoli, PA  19301
(610) 408-2020 (telephone)
(610) 854-4318 (facsimile)
ckoller@rubinfortunato.com

Attorneys for Plaintiff Merrill Lynch, Pierce, Fenner & Smith Incorporated

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 14, 2010, the foregoing Notice of Dismissal was electronically filed with the Clerk of the Court by utilizing the CM/ECF System, who will provide electronic notification to:

>Michael J. Brittan, Esq.
>Stark & Stark, Esqs.
>993 Lenox Drive
>PO Box 5315
>Princeton, NJ  08543-5315
>mbrittan@stark-stark.com

Respectfully submitted,

By:   _s/ Christopher S. Koller, Esq._
RUBIN, FORTUNATO & HARBISON, P.C.
10 South Leopard Road
Paoli, PA  19301
(610) 408-2020 (telephone)
(610) 854-4318 (facsimile)
ckoller@rubinfortunato.com

Attorneys for Plaintiff Merrill Lynch, Pierce, Fenner & Smith Incorporated